UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LATORIYA BROWN,

    Defendant,

and

STATE OF MICHIGAN
DEPARTMENT OF TREASURY,

    Garnishee.

Case No. 19-cv-50059
Hon. Matthew F. Leitman

_____/

## ORDER DENYING DEFENDANT'S REQUEST FOR HEARING ABOUT THE GARNISHMENT AND CLAIM FOR EXEMPTIONS (ECF #5)

On November 20, 2018, this Court sentenced LaToriya Brown to sixty-one months in prison for wire fraud conspiracy. (*See United States v. Bridges et al,* E.D. Mich. Case no. 18-20151-08 at ECF #285.) As part of that sentence, Brown was ordered to pay $111,302.56 in restitution. (*Id.* at Pg. ID 969.) On January 11, 2019, this Court issued a writ of continuing garnishment as to Brown and garnishee State of Michigan Department of Treasury. (*See* ECF #2.) On April 1, 2019, Brown filed a request for a hearing on the garnishment. (*See* ECF #5.) The government has since filed a memorandum on Brown's request. (*See* ECF #6.)

1

The Court carefully reviewed Brown's request and the government's memorandum. Brown's request for a hearing (ECF #5) is **DENIED** for the reasons stated in the government's memorandum (ECF #6).

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 1, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764